### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE'S JEWELRY, INC. ) | |
| ) | Civil Action No. 22-1403 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Magistrate Judge Lenihan |
| PNC BANK, NATIONAL ASSOCIATION, ) | |
| AARON BAYLEY, ANDREW FREDERICK, ) | |
| MELODY GRATCHIC, CHRIS HALL, and ) | |
| JERROD MURTHA ) | ECF Nos. 19 & 27 |
| ) | |
| Defendants. ) | |

**ORDER**

**AND NOW** this 12th day of January 2023, it is **HEREBY ORDERED** that the Motion to Remand (ECF No. 19) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 27) is **DENIED AS MOOT** without prejudice to refiling in state court.

**IT IS FURTHER ORDERED** that that this case is **REMANDED** to the Court of Common Pleas of Fayette County **FORTHWITH**. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_____
LISA PUPO LENIHAN
United States Magistrate Judge

cc: All Counsel of Record
    Via electronic filing